# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Judith Barfield Carter,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04-cv-353/3:01-cr-141

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 30, 2006 Order.

Signed: November 30, 2006

Frank G. Johns, Clerk
United States District Court